OPINION — AG — **** STATE AGENCY — GRANTS — PRIVATE ORGANIZATIONS **** THE ARTS AND HUMANITIES COUNCIL IS NOT AUTHORIZED OR EMPOWERED TO LEND PUBLIC FUNDS TO A NON GOVERNMENTAL ORGANIZATION FOR THE PURPOSE OF FINANCING PUBLICATION OF A BOOK, AND IS PROHIBITED UNDER ARTICLE X, SECTION 15, OF THE STATE CONSTITUTION FROM CONFERRING A GRANT UPON SUCH ORGANIZATION OF SUCH PURPOSE. CITE: 53 O.S. 1968 Supp., 161-170 [53-161] — [53-170], 74 O.S. 1961 801-839 [74-801] — [74-839], (CARL ENGLING)